ACCEPTED
01-14-00962-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 10:44:34 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00962-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 10:44:34 AM
CHRISTOPHER A. PRINE
Clerk

————————◆————————

**No. 1446229**
In the 208th District Court
Of Harris County, Texas

————————◆————————

THE STATE OF TEXAS
*Appellant*
v.
JIMMY EARL DRUMMOND
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. On November 10, 2014, in cause number 1446229, in the 208th District Court of Harris County, Texas, the trial court granted the appellee's motion to quash the information and dismiss the prosecution in **The State of Texas v. Jimmy Earl Drummond.**

2. The State timely filed a written notice of appeal on November 18, 2014.

3. The State's brief is due on January 7, 2015.

4. An extension of time in which to file the State's brief is requested until January 30, 2015.

5. No previous extensions have been granted to the State.

6. The facts relied upon to explain the need for this extension are:

During this time period, the undersigned attorney is set to testify at a very lengthy hearing on the defendant's application for a post-conviction writ of habeas corpus in *Ex parte David Mark Temple.* The undersigned attorney is also preparing the State's brief in *Marcos M. Flores v. The State of Texas,* Cause Number 14-14-00663-CR. With his numerous additional duties as Chief of the Appellate Division, the undersigned assistant district attorney has needed some additional time in order to respond to the appellant's brief in this case.

WHEREFORE, the State prays that this Court will grant an extension of time until January 30, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

following address on January 6, 2015:

Samuel R. Cammack, III
Attorney at Law
1001 West Loop South, Suite 700
Houston, Texas  77027-9033

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  January 6, 2015